Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                    Case No.:  18−10072−ABA
                    Chapter:  13
                    Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Danielle L. Wakefield
    815 E. Plum St.
    Vineland, NJ 08360

Social Security No.:
    xxx−xx−5670

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/1/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 1, 2018
JAN: ml

                                                                   Jeanne Naughton
                                                                   Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                              Case No. 18-10072-ABA
Danielle L. Wakefield                                               Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                   Date Rcvd: Aug 01, 2018
                               Form ID: 148                 Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2018.
db             +Danielle L. Wakefield,    815 E. Plum St.,   Vineland, NJ 08360-3823
517259016      +City Of Vineland,    640 E Wood St,    Tax Collector,   Vineland, NJ 08360-3722
517259021       Internal Revenue Service,    Po Box 725 Special Procedures Fuction,    Springfield, NJ 07081
517259023       Office Of Attorney General,    25 Market Street, PO Box 112,   Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
517334937      +PennyMac,   Seymour Wasserstrum,    205 West Landis Avenue,   Vineland, NJ 08360-8103
517383601       PennyMac Loan Services, LLC.,    P.O. Box 2010,   Moorpark, CA 93020
517259024      +Pennymac Loan Services L,   Po Box 514387,    Los Angeles, CA 90051-4387
517259025      +Private National Mortgage,    PO Box 514387,   Los Angeles, CA 90051-4387
517259029     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State Of New Jersey,    P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,   Trenton, NJ 08695-0245)
517259027       Santander,   PO Box 961245,   Terrell, TX 75161
517617331      +Santander Consumer USA Inc,    Morton & Craig, LLC,    110 Marter Avenue, Suite 301,
                 Moorestown, NJ 08057,   ( 08057-3125
517259028      +Simply Storage,   418 S Wade Blvd,    Millville, NJ 08332-3523
517547095      +VW Credit, Inc,   Kevin G. McDonald Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
517292198      +VW Credit, Inc.,   PO Box 9013,   Addison, Texas 75001-9013
517259031      +Vineland Municipal Utilites,    PO Box 1508,   640 E. Wood Street,    Vineland, NJ 08360-3722

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 02 2018 00:31:25     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 02 2018 00:31:21     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: DRIV.COM Aug 02 2018 03:53:00      Santander Consumer USA Inc.,   PO Box 961245,
                 Fort Worth, TX 76161-0244
517259015      +EDI: CAPITALONE.COM Aug 02 2018 03:53:00      Capital One Bank,   P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
517259017       EDI: RCSFNBMARIN.COM Aug 02 2018 03:53:00      Credit One Bank,   P.O. Box 98872,
                 Las Vegas, NV 89193-8872
517259018      +EDI: AMINFOFP.COM Aug 02 2018 03:53:00      First Premier Bank,   3820 N. Louise Avenue,
                 Sioux Falls, SD 57107-0145
517259019      +EDI: PHINGENESIS Aug 02 2018 03:54:00      Genesis Bankcard,   PO Box 4499,
                 Beaverton, OR 97076-4499
517259022       EDI: IRS.COM Aug 02 2018 03:53:00      Internal Revenue Service,   P.O. Box 744,
                 Special Procedure Branch,   Springfield, NJ 07081
517381592       EDI: RESURGENT.COM Aug 02 2018 03:53:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC and,    FNBM, LLC,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
517312947      +EDI: JEFFERSONCAP.COM Aug 02 2018 03:53:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
517373411       EDI: Q3G.COM Aug 02 2018 03:54:00      Quantum3 Group LLC as agent for,    GPCC I LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
517259026      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 02 2018 00:37:14     Regional Acceptance Corp,
                 1424 E Fire Tower Rd,   Greenville, NC 27858-4105
517275382       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 02 2018 00:37:14     Regional Acceptance Corporation,
                 PO Box 1847,   Wilson, NC 27894-1847
517286812      +EDI: DRIV.COM Aug 02 2018 03:53:00      SANTANDER CONSUMER USA, INC.,   P.O. BOX 560284,
                 DALLAS, TX 75356-0284
517259030      +EDI: RMSC.COM Aug 02 2018 03:53:00      SYNCB/TJX,   PO box 965015,   Orlando, FL 32896-5015
517260441      +EDI: RMSC.COM Aug 02 2018 03:53:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517380803      +EDI: RMSC.COM Aug 02 2018 03:53:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk VA 23541-1021
517259032      +E-mail/Text: vci.bkcy@vwcredit.com Aug 02 2018 00:31:36     VW Credit, Inc,
                 1401 Franklin Blvd,   Libertyville, IL 60048-4460
                                                                                               TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517259020*     +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
517376128*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Department of Treasury,
                 Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
                                                                                  TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1          User: admin                Page 2 of 2                  Date Rcvd: Aug 01, 2018
                              Form ID: 148               Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    VW Credit, Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    VW Credit, Inc. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Seymour  Wasserstrum    on behalf of Debtor Danielle L. Wakefield mylawyer7@aol.com,
               ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
                                                                                             TOTAL: 9
```